# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – FLINT

**In Re**: Quintero Tayvon Pitts          Chapter 13
                                                   Case No. 24-31968
                         Debtor(s)          Judge:  Joel D. Applebaum
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

**Trustee Objections:**
    1.
**Issues:**
    1.

**Creditor # 1:**
Objections:
    1.
Issues:
    1.

**Creditor # 2:**
Objections:
    1.
Issues:
    1.


3. __X__ Request an adjournment of the confirmation hearing to 3/18/25, due to the following good cause:
> Debtor seeks additional time to provide documents requested by the Trustee in the objection to confirmation.

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

Dated this Friday, January 03, 2025.

                                        */s/ Brian P. Dunne P71177*
                                        Brian P. Dunne P71177
                                        Ardelean & Dunne, PLLC
                                        Attorneys for Debtor(s)
                                        29777 Telegraph Rd, Suite 1630
                                        Southfield, MI 48034
                                        Phone: (248) 557-7488
                                        Email: edmi@arddun.com